The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>APOLINAR CRUZ-CRUZ,<br><br>Defendant. | NO. CR13-049 RSL<br><br>ORDER GRANTING UNITED STATES'<br>MOTION TO EXTEND TIME TO FILE<br>RESPONSE |

The Court, having reviewed the Motion of the United States to extend by fourteen days the time to file a response to the defendant's *pro se* motion for a reduction in sentence hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before March 26, 2021, and the motion should be noted for March 26, 2021, unless the parties reach a different agreement regarding briefing.

DATED this __9th__ day of __March__ , 2021.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:
*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE /
*United States v. Cruz-Cruz,* CR13-049 RSL- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970